**BRASS & CORDOVA**
**EDWARD K. BRASS (432)**
**KIM CORDOVA (9100)**
Attorneys for the Defendant
175 East 400 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 322-5678
Facsimile: (801) 322-5677

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **HECTOR RENTERIA**, <br><br> Defendant. | APPEARANCE OF COUNSEL <br><br> Case No. 2:14-cr-275 |

Kim Cordova hereby enters her appearance as counsel for the defendant in the above-entitled case.

DATED this 8TH day of July, 2014.

/s/ Kim Cordova
KIM CORDOVA
Attorney for the Defendant

### ELECTRONIC FILING CERTIFICATE

I hereby certify that a true and correct copy of the foregoing Appearance of Counsel was filed electronically and caused to be served by electronic notice to all parties listed below on this 8TH day of July, 2014.

/s/ Maria J. Montoya

United States Attorney's Office
185 South State Street #400
Salt Lake City, Utah 84111